BEFORE THE SECOND DIVISION, MAY 20, 1968

**No. P68/238.**—Vera Loree, Importer v. United States, protests 60/4507, etc. (Los Angeles).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of blocked or trimmed palm leaf harvest hats similar in all material respects to those the subject of *Bailey-Mora Co., Inc., a/c Vera Lou, Inc., et al.* v. *United*

*States* (54 Cust. Ct. 55, C.D. 2508), the claim of the plaintiff was sustained.